**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

DUDLEY JACKLINE,                           No. CIV S-07-1529 MCE CMK P

       Plaintiff,

  vs.

CAMPBELL, et al.,

       Defendants.                    <u>ORDER</u>

_____/

       Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed an application to proceed in forma pauperis or paid the required filing fee. <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be provided the opportunity to submit either a completed application to proceed in forma pauperis or the appropriate filing fee. Plaintiff is warned that failure to comply with this order may result in the dismissal of this action. <u>See</u> Local Rule 11-110.

       Accordingly, IT IS HEREBY ORDERED that:

       1.    Plaintiff shall submit on the form provided by the Clerk of the Court, within 30 days from the date of this order, a complete application for leave to proceed in forma pauperis, including the required affidavits and certifications, or the appropriate filing fee; and

2.  The Clerk of the Court is directed to send plaintiff a new form Application to Proceed In Forma Pauperis By a Prisoner.

DATED: August 15, 2007.

                                               **CRAIG M. KELLISON**
                                               UNITED STATES MAGISTRATE JUDGE